大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D    +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

September 6, 2019

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

Re:    *Tatum-Rios v. Astor Wines & Spirits, Inc.*: Case No. 1:19-cv-07359-AJN

Dear Judge Nathan:

We represent defendant Astor Wines & Spirits, Inc. ("Defendant") in the above-referenced matter.  We respectfully move the Court to set Defendant's deadline to answer, move, or otherwise respond to the plaintiff's complaint at October 9, 2019.

Plaintiff's counsel has consented to the requested extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding plaintiff's allegations.  There have been no prior extensions in this matter.

Respectfully submitted,

*with permission*

Timothy J. Straub

cc:    Christopher H. Lowe, Esq. (counsel for Plaintiff) (by ECF)