# LIPSKY LOWE LLP

AN EMPLOYMENT LAW FIRM

NOV 2 0 2019

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Main: 212.392.4772
Direct: 212.764.7171
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

November 15, 2019

VIA ECF
The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The Initial Pretrial Conference in this matter is hereby RESCHEDULED to December 20, 2019 at 3:15 p.m.

Re:   Tatum-Rios v. Astor Wine & Spirits, Inc.
Case No. 1:19-cv-07359-AJN

Dear Judge Nathan:

We represent Plaintiff Brian Fischler in the above-referenced website accessibility action, and we write to respectfully request a three-week adjournment of the Initial Pretrial Conference currently scheduled for November 22, 2019 at 3:15pm. (Dkt. 6). The parties are currently exploring whether they may be able to file a stipulation of dismissal with prejudice. As such the adjournment would conserve both the parties' and judicial resources. We have requested a three-week adjournment to account for the Thanksgiving holiday and the fact that Plaintiff's counsel will be on vacation out of state during the first week of December.

This is the first request for an adjournment of the Initial Pretrial Conference. If granted, the adjournment will not impact any other case deadlines, as no scheduling order has yet been entered. The parties are available for an Initial Pretrial Conference on December 11, 12 or 13th. Defendant consents to this request.

We thank the Court for its time and attention to this matter.

SO ORDERED: 11/20/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
LIPSKY LOWE LLP

s/ Christopher H. Lowe
Christopher H. Lowe

CC: Defendants' Counsel (via ECF)